2015v01853/PWG/ja

PAUL J. FISHMAN
United States Attorney
By:  PETER W. GAETA
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
Tel: 973.645.2927
Fax: 973.297.2042
peter.gaeta@usdoj.gov

**UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Hon. Joseph H. Rodriguez |
| Plaintiff, | Civil Action No. 15-6553 |
| - v.- | **DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE** |
| **$384,980 IN UNITED STATES CURRENCY** | |
| Defendant *in rem.* | |

**WHEREAS**, on September 2, 2015, a Verified Complaint for Forfeiture *In Rem* was filed in the United States District Court for the District of New Jersey against the defendant property, namely $384,980 in United States currency, to enforce the provisions of Title 21, United States Code, Section 881(a)(6), which subjects to forfeiture all moneys, negotiable instruments, securities, and other things of value furnished or intended to be furnished in exchange for a controlled substance in violation of Title 21, United States Code, Section 801, *et seq.*, and all proceeds traceable to such an exchange; and

**WHEREAS**, pursuant to the Warrant for Arrest *In Rem* issued by the Clerk of the Court on September 2, 2015, the United States Marshal Service seized the defendant property; and

**WHEREAS**, an Administrative claim was received from Mr. Antonio Martinez, Esq., 456 Hamilton Avenue, Trenton, New Jersey, 08609 on behalf of Jose R. Reyes, regarding the forfeiture of $384,980 in United States currency (*See* Declaration of Peter W. Gaeta in Support of a Default Judgment and Final Order of Forfeiture, hereinafter "Gaeta Dec.," Exhibit A); and

**WHEREAS**, on September 9, 2015, the United States sent the Verified Complaint for Forfeiture *In Rem* and a Notice of Forfeiture by certified mail, return receipt requested to potential claimant Jose R. Reyes, c/o his attorney Mr. Antonio Martinez, Esq., 456 Hamilton Avenue, Trenton, New Jersey, 08609 (Gaeta Dec., Exhibit B); and

**WHEREAS**, on or about September 11, 2015, the Verified Complaint for Forfeiture *In Rem* and Notice of Forfeiture were received by Mr. Antonio Martinez, Esq., 456 Hamilton Avenue, Trenton, New Jersey, 08609, counsel for potential claimant Jose R. Reyes (*id*); and

**WHEREAS,** Notice of Civil Forfeiture was posted on an official government internet website (www.forfeiture.gov) for at least 30 consecutive days, beginning on September 9, 2015, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (Gaeta Dec., Exhibit C); and

**WHEREAS**, in order to avoid forfeiture of the defendant property, any other person claiming an interest in, or right against, the defendant property must file a Claim under penalty of perjury identifying the specific property claimed, identifying the claimant and stating the claimant's interest in the property in the manner set forth in Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, Federal Rules of Civil Procedure and 18 U.S.C. § 983(a)(4)(A), except that in no event may such Claim be filed later than 60 days after the first day of publication on the above-referenced official government internet website, and having filed such a Claim, must also file an answer to the complaint not later than 20 days after the filing of the Claim; and

**WHEREAS**, no Claim has been filed by any person within the time permitted by Rule G(5) of the Supplemental Rules for Certain Admiralty or Maritime and Asset Forfeiture Claims, Federal Rules of Civil Procedure for the defendant property in this matter.

**NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED**:

**THAT** a Default Judgment and a Final Order of Forfeiture is granted against the defendant property, namely $384,980 in United States currency, and no right, title or interest in the defendant property shall exist in any other party.

**THAT** any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposits, as well as any income derived as a result of the United States Marshal Service's management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited

forthwith by the United States Marshal Service into the Department of Justice Asset Forfeiture Fund, in accordance with the law.

**ORDERED** this 7th day of December, 2015.

                                                                  HONORABLE JOSEPH H. RODRIGUEZ
                                                                  UNITED STATES DISTRICT JUDGE